

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED CHHAB, KATHRYN SHRADER,
LANCE FELDHUN, MICHAEL RELLA,
VINCENT ANTHONY BORELAND, and
ADRIANNE BENZION on behalf of themselves
and all others similarly situated,

        Plaintiffs,

-against-

DARDEN RESTAURANTS, INC., GMRI, INC.,
CAPITAL GRILLE HOLDINGS, INC. d/b/a/ THE
CAPITAL GRILLE, and RARE HOSPITALITY
INTERNATIONAL, INC.,

        Defendants.

11 Civ. 8345 (NRB) (JLC)

**TOLLING AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. The statute of limitations period for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), was previously tolled for all putative opt-in plaintiffs between June 14, 2012 and August 14, 2012;

2. The statute of limitations period for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), is further tolled for all putative opt-in plaintiffs between August 15, 2012 and September 13, 2012;

3. In the event Defendants request additional time to produce documents or witnesses, the statute of limitations for FLSA claims for all putative opt-in plaintiffs shall be tolled an additional day for each day requested beyond September 28, 2012; and

4. Plaintiffs will file a 216(b) motion for conditional certification no earlier than September 28, 2012.

Date: September 10, 2012
New York, New York

_____
Joseph A. Fitapelli
Brian S. Schaffer
Eric J. Gitig
FITAPELLI & SCHAFFER, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016

*Attorneys for Plaintiffs*

Date: September 10, 2012
New York, New York

_____
Craig R. Benson
George B. Pauta
LITTLER MENDELSON
 A Professional Corporation
900 Third Avenue, 8th Floor
New York, New York 10022

*Attorneys for Defendants*

SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.

Date: September 14, 2012