| **FITAPELLI & SCHAFFER, LLP** | **BERKE-WEISS & PECHMAN LLP** | **JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM, LLP** |
|---|---|---|
| Joseph A. Fitapelli (JF 9058) | Louis Pechman (LP 6395) | D. Maimon Kirschenbaum (MK 2338) |
| Brian S. Schaffer (BS 7548) | N. Marely Mercado (NM 1783) | Matthew D. Kadushin (MK1968) |
| Eric J. Gitig (EG 7399) | 488 Madison Avenue | 233 Broadway |
| 475 Park Avenue South | 11th Floor | 5th Floor |
| 12th Floor | New York, New York 10022 | New York, New York 10279 |
| New York, NY 10016 | Telephone: (212) 583-9500 | Telephone:  (212) 688-5640 |
| Telephone: (212) 300-0375 | | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AHMED CHHAB, KATHRYN SHRADER, LANCE FELDHUN, MICHAEL RELLA, VINCENT ANTHONY BORELAND, and ADRIANNE BENZION on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DARDEN RESTAURANTS, INC., GMRI, INC., CAPITAL GRILLE HOLDINGS, INC. d/b/a THE CAPITAL GRILLE, and RARE HOSPITALITY INTERNATIONAL, INC.,<br><br>Defendants. | 11 Civ. 8345 (NRB)<br>(JLC) |

**DECLARATION OF JOSEPH A. FITAPELLI**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION**
**PURSUANT TO THE FAIR LABOR STANDARDS ACT, FOR COURT-AUTHORIZED**
**NOTICE TO SIMILARLY SITUATED PERSONS,  AND FOR EXPEDITED DISCOVERY**

JOSEPH A. FITAPELLI affirms under the penalties of perjury as follows:

1. I am a member of the bar of this Court and a partner of Fitapelli & Schaffer, LLP, attorneys for Plaintiffs Ahmed Chhab, Kathryn Shrader, Lance Feldhun, Michael Rella, Vincent Anthony Boreland, and Adrianne Benzion ("Plaintiffs") and putative class members.  As such, I am familiar with all of the facts and circumstances of this action.

- 2 -

2. I submit this Declaration to place before the Court certain facts and documents relied upon by Plaintiffs in their motion for conditional class certification, court-authorized notice, and expedited discovery, pursuant to 29 U.S.C. § 216(b).

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Amended Class Action Complaint.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Brian Foye.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Darden Restaurants Inc. Form 10-K, filed 7/20/12, for the period ending 5/27/12.

6. Attached hereto as **Exhibit D** is a true and correct copy of the CG Ticker Tape.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition of Thomas Gathers.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Jill Dickstein.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of Melissa Trumbull.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition of Armin Ahrabinejad.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition of Randy Cook.

12. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition of James Zemlock.

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition of Ahmed Chhab.

14. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the deposition of DaJuan White.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition of Crystal Beng.

16. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition of Tasiya Oliver.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition of Haley Duke.

18. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the deposition of James Hamilton.

19. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the Capital Grille Server/Bartender Manual.

20. Attached hereto as **Exhibit R** is a true and correct copy of the Standardized "One Best Way" Tip Share Program Rollout Guide.

21. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition of Mark Wirnowski.

22. Attached hereto as **Exhibit T** is a true and correct copy of New York City – 42nd Street "Side Work" Guidelines.

23. Attached hereto as **Exhibit U** is a true and correct copy of New York City – 51st Street "Side Work" Guidelines.

24. Attached hereto as **Exhibit V** is a true and correct copy of New York City – Wall Street "Side Work" Guidelines.

25. Attached hereto as **Exhibit W** is a true and correct copy of Tampa, Florida "Side Work" Guidelines.

26. Attached hereto as **Exhibit X** is a true and correct copy of Orlando, Florida "Side Work" Guidelines.

27. Attached hereto as **Exhibit Y** is a true and correct copy of Indianapolis, Indiana "Side Work" Guidelines.

28. Attached hereto as **Exhibit Z** is a true and correct copy of Charlotte, North Carolina "Side Work" Guidelines.

29. Attached hereto as **Exhibit AA** is a true and correct copy of Phoenix, Arizona "Side Work" Guidelines.

30. Attached hereto as **Exhibit BB** is a true and correct copy of the declaration of Amy Smith.

31. Attached hereto as **Exhibit CC** is a true and correct copy of an e-mail regarding "side work" procedures for butter.

32. Attached hereto as **Exhibit DD** is a true and correct copy of excerpts from the deposition of Amy Mitchell.

33. Attached hereto as **Exhibit EE** is a true and correct copy of excerpts from the deposition of Michael Rella.

34. Attached hereto as **Exhibit FF** is a true and correct copy of excerpts from the deposition of Vincent Anthony Boreland.

35. Attached hereto as **Exhibit GG** is a true and correct copy of excerpts from the deposition of Adrianne Benzion.

36. Attached hereto as **Exhibit HH** is a true and correct copy of excerpts from the deposition of Kathryn Shrader.

37. Attached hereto as **Exhibit II** is a true and correct copy of excerpts from the deposition of Lance Feldhun.

38. Attached hereto as **Exhibit JJ** is a true and correct copy of excerpts from the deposition of Rebecca Ledwell.

39. Attached hereto as **Exhibit KK** is a true and correct copy of the Universal Side Work Policy.

40. Attached hereto as **Exhibit LL** is a true and correct copy of e-mails regarding a Polisher in the tip pool at Capital Grille restaurants.

41. Attached hereto as **Exhibit MM** is a true and correct copy of the Capital Grille Recommitment 2011 – 2012 USA.

42. Attached hereto as **Exhibit NN** is a true and correct copy of an e-mail from Joseph Rossi regarding the Safe and Secure policy.

43. Attached hereto as **Exhibit OO** is a true and correct copy of an e-mail from Ron Adelman regarding the Safe and Secure policy.

44. Attached hereto as **Exhibit PP** is a true and correct copy of excerpts from the deposition of John Mirabal.

45. Attached hereto as **Exhibit QQ** is a true and correct copy of an e-mail from Chad Orth regarding an employee working off the clock.

46. Attached hereto as **Exhibit RR** is a true and correct copy of an e-mail from James Hamilton regarding overtime hours at the Tampa, Florida Capital Grille.

47. Attached hereto as **Exhibit SS** is a true and correct copy of Plaintiffs' proposed Judicial Notice.

48. Attached hereto as **Exhibit TT** are true and correct copies of Plaintiffs' proposed Reminder Letter.

Dated: New York, New York
October 25, 2012

Respectfully submitted,

**FITAPELLI & SCHAFFER, LLP**

By:

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Eric J. Gitig
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

*Attorneys for Plaintiff and
the Putative Class*