# EXHIBIT #12

# Benefits of a Standard Tip Share Program

- Tip Share increases consistency, predictability and fairness of tips:
    - A variety of differing "voluntary" tip-out systems are currently in place in many of our restaurants. Tip Share enables us to formalize a program that is fair and consistent for everyone.
    - As we continue to accelerate growth at SRG, team members will know what to expect if they transfer to another restaurant.
    - Managers will be able to discuss our Tip Share Program during the interview and selection process with prospective hires.
- Tip-Out Team Members* benefit from a consistent process:
    - Tip Share establishes a consistent process for paying tips. All Servers and Bartenders tip out during check-out at the end of a shift.
    - Tip Share creates a clear, fair standard for appropriate tip-out amounts, as it is automatically calculated by DASH.
- Tip Share Recipients* consistently receive their fair share of tips:
    - Tip percentage is set
    - Team members receiving tips as a part of Tip Share will no longer wait to be tipped out, or apply "subtle pressure" to get their fair share. Tip outs will be collected as part of Tip-Out Team Members' checkout process after the shift. Team members receiving tips will collect them from the Manager the following day.
- Long-term benefits of a standard Tip Share program:
    - Because tip distributions are auto-claimed for team members receiving a tip out, accurately recording all earnings positively impacts:
        - ✓ Long-term Social Security benefits when they retire
        - ✓ Worker's Compensation (If ever needed)
        - ✓ IRS Compliance (Helps to ensure team members claim their appropriate tipped income, eliminating the need for managers to follow up on those who claim insufficient tips)
    - Tip Share places SRG in a better position to continue to be an industry leader in providing Total Rewards and opportunities for our team members.

| *TIP-OUT TEAM MEMBERS | *TIP SHARE RECIPIENTS |
|---|---|
| Servers | Runners |
| Bartenders | Bartenders |
| Bar Servers (TCG only) | Bar Backs (S52 only) |
|  | Service Assistants (TCG only) |
|  | Service Assistants – Bar (TCG only) |

# Handling Unique Situations with Tip Share

## Sidework Duties

An essential part of Darden's Core Values is a commitment to Fairness. It's important to treat all team members working in a tipped position fairly by not having them spend more than 20% of their time on tasks unrelated to providing direct service to our guests (see examples below). This standard applies any time a team member is working in a tipped position earning an hourly wage rate less than the non-tipped minimum wage. Applying this standard with our teams may require a change in how we traditionally roll/polish silverware, polish glassware and accomplish other opening, running and closing responsibilities unique to the brand. The new universal side work program was created with the 20% standard in mind.

- Examples of Side Work Duties that <u>should be limited</u> when in Tip Share job code as they would contribute to the 20% standard
    - ✓ Rolling/polishing silverware, glassware, etc.
    - ✓ Filling ice stations
    - ✓ Trash runs
    - ✓ Stocking expo stations with food
    - ✓ Stocking plates, glasses or side stations
    - ✓ Mopping the floor
    - ✓ Cutting fruit/Prepping food

- Examples of <u>Direct Service</u> Tasks that <u>would not</u> fall into the 20% standard
    - ✓ Pre-Bussing/Bussing/re-setting a table
    - ✓ Cleaning floor around a table/bar
    - ✓ Bread/Water service
    - ✓ Helping to set up large parties
    - ✓ Normal ongoing stocking of the bar with plates and glassware for guests
    - ✓ Normal ongoing stocking of server side stations that a server uses to directly serve their guests
    - ✓ Preparing drinks and serving guests at the bar or making drinks for the service bar
    - ✓ Preparing to-go orders
    - ✓ Selling gift cards

# The Capital Grille

| 2011 TIP SHARE / STATE MINIMUM WAGE CHART Effective September 1, 2011 | | | |
|---|---|---|---|
| State Name | Minimum | Tip Credit Rates<br>Server, Bar Server, Bartender, Runner in Tip Share States | Tip Share Pay Rates<br>Service Assistant, Service Assistant Bar in Tip Share States |
| Alabama | $7.25 | $2.13 | $5.00 |
| Alaska | $7.75 | $7.75 | $7.75 |
| Arizona | $7.35 | $4.35 | $5.00 |
| Arkansas | $7.25 | $2.63 | $5.00 |
| California | $8.00 | $8.00 | $8.00 |
| San Francisco | $9.92 | $9.92 | $9.92 |
| Colorado | $7.36 | $4.34 | $5.00 |
| Connecticut | $8.25 | $5.69 | $5.69 |
| Delaware | $7.25 | $2.23 | Tip Share Not Allowed |
| District Of Columbia | $8.25 | $2.77 | $5.00 |
| Florida | $7.31 | $4.29 | $5.00 |
| Georgia | $7.25 | $2.13 | $5.00 |
| Hawaii | $7.25 | $7.00 | $7.00 |
| Idaho | $7.25 | $3.35 | $5.00 |
| Illinois | $8.25 | $4.95 | $5.00 |
| Indiana | $7.25 | $2.13 | $5.00 |
| Iowa | $7.25 | $4.35 | $5.00 |
| Kansas | $7.25 | $2.13 | $5.00 |
| Kentucky | $7.25 | $2.13 | Tip Share Not Allowed |
| Louisiana | $7.25 | $2.13 | $5.00 |
| Maine | $7.50 | $3.75 | Tip Share Not Allowed |
| Maryland | $7.25 | $3.63 | $5.00 |
| Massachusetts | $8.00 | $2.63 | $5.00 |
| Michigan | $7.40 | $2.65 | Tip Share Not Allowed |
| Minnesota | $7.25 | $7.25 | Tip Share Not Allowed |
| Mississippi | $7.25 | $2.13 | $5.00 |
| Missouri | $7.25 | $3.63 | $5.00 |
| Montana | $7.35 | $7.35 | $7.35 |
| Nebraska | $7.25 | $2.13 | $5.00 |
| Nevada | $8.25 | $8.25 | $8.25 |
| New Hampshire | $7.25 | $3.26 | Tip Share Not Allowed |
| New Jersey | $7.25 | $2.13 | $5.00 |
| New Mexico | $7.50 | $2.13 | $5.00 |
| Santa Fe | $9.85 | $2.13 | $5.00 |
| New York | $7.25 | $5.00 | $5.00 |
| North Carolina | $7.25 | $2.13 | Tip Share Not Implemented |
| North Dakota | $7.25 | $4.86 | Tip Share Not Allowed |

| State | | | |
|---|---|---|---|
| Ohio | $7.40 | $3.70 | $5.00 |
| Oklahoma | $7.25 | $2.13 | $5.00 |
| Oregon | $8.50 | $8.50 | $8.50 |
| Pennsylvania | $7.25 | $2.83 | $5.00 |
| Rhode Island | $7.40 | $2.89 | $5.00 |
| South Carolina | $7.25 | $2.13 | $5.00 |
| South Dakota | $7.25 | $2.13 | $5.00 |
| Tennessee | $7.25 | $2.13 | $5.00 |
| Texas | $7.25 | $2.13 | $5.00 |
| Utah | $7.25 | $2.13 | $5.00 |
| Vermont | $8.15 | $3.95 | $5.00 |
| Virginia | $7.25 | $2.13 | $5.00 |
| Washington | $8.67 | $8.67 | $8.67 |
| West Virginia | $7.25 | $2.13 | $5.00 |
| Wisconsin | $7.25 | $2.33 | $5.00 |
| Wyoming | $7.25 | $2.13 | Tip Share Not Allowed |