Fax sent by : 3124607000           SEYFARTH SHAW           02-28-13 15:43           Pg: 2/2

**MEMO ENDORSED**

# SEYFARTH SHAW LLP


UNITED STATES COURT JUDGE

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5224

Writer's e-mail
ncampanario@seyfarth.com

February 28, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2013

The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Chhab v. Darden Restaurants, Inc.*, No. 1:11-cv-08345-NRB – Request for Leave to Withdraw

Dear Judge Buchwald:

    On December 21, 2012, this Court entered an order granting my motion for admission pro hac vice as counsel for the defendants Darden Restaurants, Inc., GMRI, Inc., Capital Grille Holdings, Inc. d/b/a/ The Capital Grille, and RARE Hospitality International, Inc. in the action referenced above. (Docket No. 81.)

    I write to respectfully request leave to withdraw from the action on the grounds that I will be ending my association with Seyfarth Shaw LLP effective March 1, 2013. The defendants identified above will continue to be represented by other attorneys from Seyfarth Shaw LLP and Littler Mendelson P.C.

    The parties recently completed briefing on the plaintiffs' motion for conditional certification under 29 U.S.C. § 216(b). I am not asserting a retaining or charging lien.

*So ordered.* [handwritten endorsement] 3/6/13

Respectfully submitted,

SEYFARTH SHAW LLP

Nick D. Campanario

LONDON   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK