MEMO ENDORSED



| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| March 18, 2013 | DOC #: _____ |
| | DATE FILED: 3/22/2013 |

**Littler Mendelson, PC**
321 North Clark Street
Suite 1000
Chicago, IL 60654

Shanthi V. Gaur
312.795.3210 direct
312.372.5520 main
312.372.7880 fax
sgaur@littler.com

**VIA FACSIMILE**
Honorable Judge Naomi Reice Buchwald
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

MAR 1 8 2013

UNITED STATES COURT JUDGE

Re:  **Chhab v. Darden Restaurants, Inc.**
     **No. 1:11-cv-08345-NRB - Request for Leave to Withdraw**

Dear Judge Buchwald:

Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw as counsel for the defendants in the above referenced action. The reason for my request is that I am leaving the law firm of Littler Mendelson, P.C., effective March 22, 2013. The defendants will continue to be represented by counsel from Littler Mendelson, P.C. and Seyfarth Shaw LLP.

The current posture of the case is that the parties recently completed briefing on the plaintiffs' motion for conditional certification under 29 U.S.C. 216(b). I am not asserting a retaining or charging lien.

Very truly yours,

*Shanthi V. Gaur*

Shanthi V. Gaur

SVG/sar
cc:    All Counsel of Record

MEMO ENDORSED

*Application granted.*
*Buchwald*
*USDJ*
*3/21/13*

littler.com