USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/14/2013

# BERKE-WEISS & PECHMAN LLP

**MEMO ENDORSED**

ATTORNEYS AT LAW

488 Madison Avenue, New York, New York 10022
212-583-9500 • fax 212-308-8582
www.bwp-law.com

May 13, 2013

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
MAY 13 2013
UNITED STATES COURT JUDGE

**VIA FAX (212-805-7927)**

Honorable Naomi Rice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Chhab, et al., v. Darden Restaurants, Inc., et al.*
           11 Civ. 8345 (NRB) (JLC)

Dear Judge Buchwald:

    Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw as counsel for plaintiffs in the above referenced action. The reason for my request is that I am leaving the law firm of Berke-Weiss & Pechman LLP, effective May 15, 2013. The plaintiffs will continue to be represented by counsel from Fitapelli & Schaffer, LLP, Joseph & Kirschenbaum LLP, and Berke-Weiss & Pechman LLP.

    The current posture of the case is that the parties recently completed briefing on the plaintiffs' motion for conditional certification under 29 U.S.C. 216(b). I am not asserting a retaining or charging lien.

Respectfully submitted,

N. Marely Mercado

cc: All Counsel of Record

*[Handwritten endorsement:]* The application of N. Marely Mercado to withdraw as counsel is granted. So ordered, Buchwald USDJ 5/14/13