

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

January 9, 2014

**VIA ECF & FACSIMILE**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

    Re:    *Chhab et al v. Darden Restaurants, Inc. et al*
            *Civil Action No.: 11 Civ. 08345 (NRB)(JLC)*
            *F&S File No.: 66-262*
            *Assigned Attorney: Joseph A. Fitapelli*

Dear Judge Buchwald:

    We represent Plaintiffs and the putative class in the above referenced matter. We write this letter with Defendants to provide the Court with an update of the proceedings. On, September 19, 2013, the Court granted Plaintiffs' motion for preliminary certification pursuant to the Fair Labor Standards Act. Shortly thereafter, notice was issued and class members had until December 16, 2013, to opt-into the instant action.

    During the course of the notice period, Defendants identified 65 additional class members which had not been included in the initial mailing of notices. The parties agreed that notice would be issued to these individuals and they would be provided with 60 days to opt-in. As such, the opt-in period for the 65 class members ends on February 2, 2014. To date, 527 individuals, including the named Plaintiffs, have opted-into the instant action.

    Plaintiffs have met and conferred with Defendants' counsel regarding a discovery plan going forward. The parties anticipate merits discovery should be completed within 6 months. The parties are continuing to confer about a specific plan on how to proceed in this regard and should be able to apprise the Court about same in the very near future.

    We thank the Court for its time and attention to this matter.

Respectfully yours,

Joseph A. Fitapelli

Fitapelli & Schaffer, LLP
January 9, 2014
Page 2 of 2

Cc: Counsel of record (via ECF)