UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
Ahmed Chhab, on behalf of
himself and all others
similarly situated

Plaintiff,

Case No. 11 Civ. 8345 (NRB)

-against-

Darden Restaurants, Inc. et al

Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Louis Pechman**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LP6395          My State Bar Number is 1929546

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Berke-Weiss & Pechman, LLP
             FIRM ADDRESS: 488 Madison Avenue, NY, NY 10022
             FIRM TELEPHONE NUMBER: (212) 583-9500
             FIRM FAX NUMBER: (212) 308-8582

NEW FIRM:    FIRM NAME: Pechman Law Group  PLLC
             FIRM ADDRESS: 488 Madison Avenue, NY, NY 10022
             FIRM TELEPHONE NUMBER: (212) 583-9500
             FIRM FAX NUMBER: (212) 308-8582

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 01/02/2015

ATTORNEY'S SIGNATURE