```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AHMED CHHAB, on behalf of himself
and all others similarly situated,

                    Plaintiff,

        - against -                           O R D E R

DARDEN RESTAURANTS, INC., GMRI, INC.,        11 Civ. 8345 (NRB)
CAPITAL GRILLE HOLDINGS, INC. d/b/a
THE CAPITAL GRILLE, and RARE
HOSPITALITY INTERNATIONAL, INC.,

                    Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This case is brought under the Fair Labor Standards Act ("FLSA") and state law and alleges that the Defendants Darden Restaurants, Inc., GMRI, Inc., Capital Grille Holdings, Inc. d/b/a The Capital Grille, and Rare Hospitality International, Inc. ("Capital Grille") failed to pay minimum wages and overtime compensation to its servers and bartenders.

**You are receiving this Court Order because you have filed a Consent to Become a Party Under the FLSA (i.e., the "Plaintiff Consent Form") and have therefore elected to opt into this litigation.** By opting in to this litigation, you agreed to designate the named plaintiff to make decisions on your behalf concerning all matters pertaining to this lawsuit.

**Counsel for the parties have selected you to appear for a deposition.** A deposition is an opportunity, on the record and under oath, for the lawyers for both the plaintiffs and the defendants to ask you questions about your experience as an employee at The Capital Grille in connection with the issues in this lawsuit.

If you wish to continue as a plaintiff in this lawsuit, you must contact the plaintiffs' counsel by March 2, 2015 to schedule your deposition. If you fail to contact plaintiffs' counsel, your claims may be dismissed, which means you may not be entitled to a share in any judgment or settlement that is favorable to the plaintiffs. Further, if such dismissal is <u>with prejudice</u>, you may be prevented from pursuing these claims against defendants at a later date.

**You should contact one of the plaintiffs' counsel listed below by March 2, 2015.**


**FITAPELLI & SCHAFFER, LLP**
Joseph Fitapelli
Frank Mazaferro
475 Park Avenue South, 12th Floor
New York, NY 10016
Telephone: (212) 300-0375

**JOSEPH & KIRSCHENBAUM LLP**
D. Maimon Kirschenbaum
Matthew D. Kadushin
233 Broadway, 5th Floor

New York, NY 10279
Telephone: (212) 688-5640

**PECHMAN LAW GROUP PLLC**
Lou Pechman
488 Madison Avenue, 11th Floor
New York, NY 10022
Telephone: (212) 583-9500

        **SO ORDERED.**

Dated:    New York, New York
            February 24, 2015

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE