**MEMO ENDORSED**

**MEMO ENDORSED**

FITAPELLI AND SCHAFFER LLP

**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 04/28/2015

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

April 27, 2015

**VIA FACSIMILE & ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

> Re:   ***Chhab et al v. Darden Restaurants, Inc. et al***
> ***Civil Action No.: 11 Civ. 08345 (NRB)(JLC)***     **MEMO ENDORSED**

Dear Judge Buchwald:

We represent Plaintiffs and the putative class in the above referenced matter. We write this letter jointly with Defendants to update the Court on the status of this matter. Since our last update to the Court, the parties have agreed to proceed to private mediation in an effort to resolve this matter. The parties have selected a mediator and are in the process of selecting a date(s). As a result, the parties respectfully request this case, including all current motion deadlines, be stayed pending mediation. Once the parties have solidified a date for mediation, they will promptly notify the Court. Should the matter not be resolved through mediation, the parties will jointly request a conference date to reset remaining deadlines.

We thank the Court in advance for its time and attention to this matter.

*Application granted.*

*Naomi Reice Buchwald, USDJ*
*4/28/15*

Respectfully yours,

Joseph A. Fitapelli

Cc: Counsel of record (via ECF)