

**FITAPELLI & SCHAFFER**
— ATTORNEYS AT LAW —

475 Park Avenue South, 12th Floor • New York, NY 10016
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

MEMO ENDORSED

September 30, 2015

**VIA FACSIMILE & ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/05/2015

Re:   *Chhab et al v. Darden Restaurants, Inc. et al*
      *Civil Action No.: 11 Civ. 08345 (NRB)(JLC)*

MEMO ENDORSED

Dear Judge Buchwald:

We represent Plaintiffs and the putative class in the above referenced matter. We are pleased to inform the Court that, as a result of the parties' September 29, 2015 mediation, a settlement in principle has been reached. As a result, the parties respectfully request 60 days to finalize the settlement agreement and file a Motion for Preliminary Approval.

*Application granted.*

We thank the Court in advance for its time and attention to this matter.

*Naomi Reice Buchwald, USDJ*
*10/5/15*

Respectfully yours,

Joseph A. Fitapelli

Cc: Counsel of record (via ECF)