

**FITAPELLI SCHAFFER &**
──── ATTORNEYS AT LAW ────

475 Park Avenue South, 12th Floor • New York, NY 10016
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

January 14, 2016

**VIA FACSIMILE & ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

  Re:  *Chhab et al v. Darden Restaurants, Inc. et al*
      *Civil Action No.: 11 Civ. 08345 (NRB)(JLC)*

Dear Judge Buchwald:

  We represent Plaintiffs and the putative class in the above referenced matter and write jointly with Defendants to request a brief two week extension of the current deadline to file Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement (January 14, 2016). The parties have been working and have now reached agreement on all substantive aspects of the settlement. We only require the additional time to address administrative issues related to the agreement and obtain signatures from the parties.

  This is Plaintiffs second request for an extension of this deadline and no further extension will be necessary. We thank the Court for its consideration.

*Application granted.*

Respectfully yours,

Joseph A. Fitapelli

Buchwald
USDJ
1/14/16

Cc: Counsel of record (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/16
```