

**FITAPELLI & SCHAFFER**
— ATTORNEYS AT LAW —

475 Park Avenue South, 12th Floor • New York, NY 10016
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

January 28, 2016

**VIA FACSIMILE & ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

  Re: *Chhab et al v. Darden Restaurants, Inc. et al*
    *Civil Action No.: 11 Civ. 08345 (NRB)(JLC)*

Dear Judge Buchwald:

  We represent Plaintiffs and the putative class in the above referenced matter. Upon consent, we write to request an additional week, until February 4, 2016, to file Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement. The agreement is now in its final form and the parties request this additional time to obtain signatures.

  This is Plaintiffs' third request for an extension of this deadline. We thank the Court for its consideration and apologize for the unanticipated delay.

              Respectfully yours,

              Joseph A. Fitapelli

Cc: Counsel of record (via ECF)